IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STATE OF TEXAS, et al.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-1744-L-BN** |
| § | |
| **OLORUN AB INITIO EXPRESS TRUST** § | |
| **d/b/a C L ABOR,** § | |
| § | |
| Defendant. § | |

## ORDER

On July 19, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 9) was entered, recommending that the court, *sua sponte* remand this action for lack of subject matter jurisdiction to the court in Rockwall County, Texas from which it was removed by *pro se* Defendant Olorun AB Initio Express Trust d/b/a C L Abor ("Abor"). The magistrate judge determined that no basis for removal exists under 28 U.S.C. § 1331, and Defendant failed to cite a basis for removal under 28U.S.C. § § 1442, 1442a, or 1443.

Having considered the Report, Notice of Removal, pleadings, the file, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court *sua sponte* **remands** this action for lack of subject matter jurisdiction to the Rockwall County Court, Rockwall County, Texas, from which it was removed. The clerk of court **shall** effect the remand in accordance with the usual procedure and term all pending motions.

**It is so ordered** this 5th day of September, 2024.

                                              Sam A. Lindsay  
                                              United States District Judge

**Order – Page 2**